569 A.2d 704

Terry LATHAN

v.

STATE of Maryland.

No. 100, Sept. Term, 1989.

Court of Appeals of Maryland.

Feb. 15, 1990.

Nancy S. Forster, Asst. Public Defender (Alan H. Murrell, Public Defender, both on brief), Baltimore, for petitioner.

Kreg Paul Greer, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen., both on brief) Baltimore, for respondent.

Argued before ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS, CHASANOW and CHARLES E. ORTH, Jr., Judge of the Court of Appeals of Maryland (retired, Specially Assigned), JJ.

### ORDER

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, reversed in so far as it affirms the sentence imposed by the Circuit Court for Baltimore City, and that the case is remanded to the Court of Special Appeals with directions to vacate the sentence imposed by the Circuit Court for Baltimore City and to remand the case to that Court for resentencing. *See Nelson v. State*, 315 Md. 62, 553 A.2d 667 (1989). Costs in this Court and in the Court of Special Appeals to be paid by the Mayor and City Council of Baltimore.